1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JACKSON PHAYSALEUM,

11              Petitioner,              No. CIV S-07-2565 JAM GGH P

12        vs.

13   TONY HEDGEPETH,

14              Respondent.             ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On April 2, 2008, the magistrate judge filed findings and recommendations herein

20   which were served on petitioner and which contained notice to petitioner that any objections to

21   the findings and recommendations were to be filed within twenty days.  Petitioner has not filed

22   objections to the findings and recommendations.

23              The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1.  The findings and recommendations filed April 2, 2008, are adopted in full; and

2.  This action is dismissed without prejudice.

DATED: 9/26/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

2